JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUAN CHAVEZ, | Case No. 2:22-cv-04763-MCS-AS |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| JERMILL PENNINGTON, | |
| Defendants. | |

Pursuant to the Court's Order of Dismissal, it is ordered, adjudged, and decreed that this case is dismissed without prejudice for lack of subject-matter jurisdiction. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: August 1, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1